UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JEREMIAH F. YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-08-29-B-W |
| | ) | |
| SGT. FRIES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 17, 2008 her Recommended Decision (Docket # 24). The Plaintiff filed his objections to the Recommended Decision on June 23, 2008 (Docket # 25) and the Defendants filed their response to those objections on July 7, 2008 (Docket # 26). The Plaintiff filed an additional letter objection on August 14, 2008 (Docket # 27). The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and has made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. The Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (Docket # 24) is hereby AFFIRMED;

2. It is further ORDERED that the Defendants' Motion for Summary Judgment (Docket # 19) and Motion to Dismiss (Docket # 22) be and hereby are GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 26th day of September, 2008